⬚AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

SETH GOLDMAN, individually and
on behalf of all others similarly situated,

V.

FISHER-PRICE INC., and MATTEL, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 CV 7764

TO: (Name and address of Defendant)

FISHER-PRICE, INC.
636 GIRARD AVENUE
E AURORA, NEW YORK, 14052           -AND-
MATTEL, INC.
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CALIFORNIA, 90245-5012

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven M. Hayes, Esq.
HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP
112 Madison Avenue, 7th Floor
New York, New York 10016

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    AUG 31 2007
_____                             _____
CLERK                                                  DATE
(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

U.S. District Court, County of **Southern District, NY**   Index # **07 CIV 7764**   8/31/07

## Seth Goldman, individually and on behalf of all others similarly situated
Plaintiff(s),

— vs. —

## Fisher-Price Inc., and Mattel, Inc.
Defendant(s).

State of New York, County of **Erie**   ss.:

**Jeffrey Eccleston** being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, **Mon, September 24, 2007** at approximately **10:00 AM** at **636 Girard Ave., E Aurora NY 14052** deponent served the annexed **Summons in a Civil Action and Class Action Complaint, Judge Assigned Individual Rules** on **Fisher-Price Inc.** in the following manner:

☐ Individual — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

☒ Corporation — By delivering to and leaving with **Ingrid Walters**, **Administrative Assistant**

☐ Responsible Person — By delivering to and leaving with _____ a true copy thereof, a person of suitable age and discretion. Said premises being the recipient's ☐ dwelling place ☐ place of business ☐ last known address. within the State of New York.

☐ Affixing to Door — By affixing a true copy thereof to the door of said premises, which is recipient's ☐ dwelling place ☐ place of business ☐ last known address. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

☐ Mail — A true copy thereof was also deposited on _____ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

☒ Description:
- ☐ Male  ☒ Female
- ☒ White Skin  ☐ Black Skin  ☐ Yellow Skin  ☐ Brown Skin  ☐ Red Skin
- ☐ Black Hair  ☐ Brown Hair  ☐ Blond Hair  ☐ Gray Hair  ☒ Red Hair
- ☐ White Hair  ☐ Balding  ☐ Mustache  ☐ Beard  ☒ Glasses
- ☐ 14-20 Yrs.  ☐ 21-35 Yrs.  ☐ 36-50 Yrs.  ☒ 51-65 Yrs.  ☐ Over 65 Yrs.
- ☐ Under 5'  ☐ 5'0"-5'3"  ☒ 5'4"-5'8"  ☐ 5'9"-6'0"  ☐ Over 6'
- ☐ Under 100 Lbs.  ☒ 100-130 Lbs.  ☐ 131-160 Lbs.  ☐ 161-200 Lbs.  ☐ Over 200 Lbs.

To the best of my knowledge the defendant/witness was not engaged in active military service.

Sworn to before me on 9/24/07

DENNIS DICKMAN
Notary Public, State of New York
Qualified in Erie County
My Commission Expires   May 14, 2011

Jeffrey Eccleston