Michael J. Templeton (MT-8709)
Catherine M. Ferrara-Depp (CF-2329)
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939

*Attorneys for Defendants Fisher-Price, Inc.
and Mattel, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SETH GOLDMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>FISHER-PRICE INC., a Delaware Corporation and MATTEL, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated,<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>**ECF CASE**<br><br>**Civil Action No. 07 CV 7764 (JES)**<br><br>**DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Fisher-Price, Inc. and Mattel, Inc. by their undersigned counsel state as follows:

1.    Defendant Mattel, Inc. is a publicly-traded company. Based upon an SEC filing, Barclays Global Investors, N.A., owns at least 10% of Mattel, Inc.'s common stock. Barclays Global Investors, N.A., appears to be a subsidiary of Barclays PLC, which is a publicly traded company.

2.    Defendant Fisher-Price, Inc. is a wholly-owned subsidiary of Mattel, Inc.

Dated: New York, New York
         October 15, 2007

                                        Respectfully submitted,


                                        s/  Michael J. Templeton
                                        Michael J. Templeton (MT-8709)
                                        Catherine M. Ferrara-Depp (CF-2329)
                                        JONES DAY
                                        222 East 41st Street
                                        New York, New York  10017
                                        212-326-3939
                                        Attorneys for Defendants
                                        Fisher-Price, Inc. and Mattel, Inc.

Of Counsel:

         Hugh Whiting
         JONES DAY
         717 Texas, Suite 3300
         Houston, TX  77002
         Phone: (832) 239-3939

         Thomas E. Fennell
         Michael L. Rice
         JONES DAY
         2727 N. Harwood St.
         Dallas, TX  75201
         Phone:  (214) 220-3939

## CERTIFICATE OF SERVICE

I, Catherine M. Ferrara-Depp, hereby certify that on October 15, 2007, a true and correct copy of the DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

**Attorney for Plaintiff and Purported Class Members:**
Steven M. Hayes
Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5349

I FURTHER CERTIFY that on October 15, 2007, true and correct copies of the DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 were served via first class mail to the following counsel of record:

**Of Counsel:**

Lance A. Harke
Sarah Clasby Engel
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, Florida 33130
Telephone: (305) 536-8220
Facsimile: (305) 536-8229

Kenneth J. Brennan
Simmons Cooper LLC
707 Berkshire Boulevard
East Alton, Illinois 62024
Telephone: (618) 259-2222
Facsimile: (618) 259-2251

Ben Barnow
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504

Aron D. Robinson
The Law Office of Aron D. Robinson
19 South LaSalle Street, Suite 1300
Chicago, Illinois 60603
Telephone: (312) 857-9050
Facsimile: (312) 857-9054

s/ Catherine M. Ferrara-Depp
Catherine M. Ferrara-Depp (CF-2329)
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939