UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
SETH GOLDMAN,
individually and on behalf of all
others similarly situated,
                Plaintiff,    :    07 Civ. 7764 (JFK)
                                          :        ORDER

        - against -

FISHER-PRICE, INC. And MATEL, Inc.

                Defendant.
-------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

        Plaintiff commenced this action on August 31, 2007. On September 5, 2007, Defendants filed a motion with the Judicial Panel on Multidistrict Litigation (the "JPLM"), pursuant to 28 U.S.C. § 1407, to transfer this and related federal actions to the United States District Court for the Central District of California for coordinated pre-trial proceedings. The JPML is scheduled to hear argument on the motion on November 29, 2007. Defendants have moved to stay all proceedings in this action pending the JMPL's decision. The defendants' motion to stay the proceedings in this action is GRANTED, without prejudice to an application by any party to lift the stay after the JMPL decides Defendants' pending motion for transfer. The initial conference, scheduled for November 26, 2007, is adjourned <u>sine die.</u>

Dated:    New York, New York
             November /3, 2007

                                                    **JOHN F. KEENAN**
                                                    **United States District Judge**